CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

SEYFARTH SHAW LLP
aarnett@seyfarth.com
Ashley Arnett, SBN 305162
601 South Figueroa Street
Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9268
Facsimile: (310) 551-8302
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ROSEWOOD HOTELS AND RESORTS, LLC, a Delaware Limited Liability Company,<br><br>　　　Defendants. | Case: 3:21-cv-01260-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; subject to either party reopening the action if settlement is not consummated within 60 days upon good cause shown from the filing date of this Dismissal.

Dated: June 4, 2021             CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: June 4, 2021             SEYFARTH SHAW LLP

By: /s/ Ashley Arnett
    Ashley Arnett
    Attorneys for Defendant
    Rosewood Hotels and Resorts, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley Arnett, counsel for Rosewood Hotels and Resorts, LLC, and that I have obtained Ms. Arnett's authorization to affix her electronic signature to this document.

Dated: June 4, 2021                    CENTER FOR DISABILITY ACCESS

                                       By: /s/ Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff