CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRIS LANGER,

   Plaintiff,

v.

ROSEWOOD HOTELS AND RESORTS, LLC, a Delaware Limited Liability Company,

   Defendants.

**Case:** 3:21-cv-01260-JSC

**Plaintiff's Notice of Voluntary Dismissal With Prejudice**

**Fed. R. Civ. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Rosewood Hotels and Resorts, LLC, a Delaware Limited Liability Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 24, 2021      CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff